**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_____ DIVISION

R E C E I V E D
DEC 20 2016
MAIL ROOM
U.S. TALLAHASSEE, FL

## CIVIL RIGHTS COMPLAINT FORM
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

_SHondolyn Rochelle Blevins_ ,
Inmate # _15329-035_ .
(Enter full name of Plaintiff)

vs.

CASE NO: _____
(To be assigned by Clerk)

**4:16CV790-MW-CAS**

_Mrs. T.A. Jones Warden,_
_Mrs. Coleman Asst Warden,_
_Mr. Foreman Asst Warden,_
_Mr. Bryant Unit Manager_
_Mr. Harvey Counselor_ .

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

_Mrs. Newell Health Services Admin._
_Mrs. McDowell Supervisor of Education_
_Paul Rolston Medical Provider_

F:led DEC 21 '16 US DcFln4PM0254

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address the lines below.

Name of Plaintiff:   *SHondoLyn Rochelle Blevins*

Inmate Number   *15329-035*

Prison or Jail:   *F.C.I Tallahassee*

Mailing address:   *501 Capital Circle N.E*
*Tallahassee, Florida*
*32301*

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for <u>every</u> Defendant:

(1)   Defendant's name:   *Mrs. T.A. Jones*
Official position:   *Warden*
Employed at:   *FCI Tallahassee*
Mailing address:   *501 Capital Circle N.E.*
*Tallahassee, Florida  32301*

(2)   Defendant's name:   *Mrs. Coleman*
Official position:   *Assistant Warden*
Employed at:   *FCI Tallahassee*
Mailing address:   *501 Capital Circle N.E.*
*Tallahassee, Florida 32301*

(3)   Defendant's name:   *Mr. Foreman*
Official position:   *Asst. Warden*
Employed at:   *501 Capital Circle N.E.*
Mailing address:   *Tallahassee, Florida 32301*
*F.C.I. Tallahassee*

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

# II Defendants Continued

MR. Bryant
Unit Manager
F.C.I Tallahassee
501 Capital Circle N.E
Tallahassee, Florida
       32301

Mrs. Newell
Health Services Administrator
F.C.I Tallahassee
501 Capital Circle N.E.
Tallahassee, Florida
       32301

Paul Rolston
Health Care Provider
F.C.I Tallahassee
501 Capital Circle N.E.
Tallahassee, Florida
       32301

Mrs. McDowell
Education Supervisor
F.C.I Tallahassee
501 Capital Circle N.E
Tallahassee Florida
       32301

Mr. Harvey
Counselor
F.C.I. Tallahassee
501 Capital Circle N.E.
Tallahassee Florida
                    32301

III.   **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.   **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

   A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes(   )                    No( ✔ )

      1.   Parties to previous action:
         (a)   Plaintiff(s): _____
         (b)   Defendant(s): _____
      2.   Name of judge: _____   Case #: _____
      3.   County and judicial circuit: _____
      4.   Approximate filing date: _____
      5.   If not still pending, date of dismissal: _____
      6.   Reason for dismissal: _____
      7.   Facts and claims of case: _____
         _____

         **(Attach additional pages as necessary to list state court cases.)**

   B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes(   )                    No( ✔ )

      1.   Parties to previous action:
         a.   Plaintiff(s): _____
         b.   Defendant(s): _____
      2.   District and judicial division: _____
      3.   Name of judge: _____   Case #: _____
      4.   Approximate filing date: _____
      5.   If not still pending, date of dismissal: _____
      6.   Reason for dismissal: _____

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )                    No( )

If YES, describe each action in the space provided below.  If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.    Parties to previous action:
      a.    Plaintiff(s): SHONDOLYN Rochelle BlEViNS
      b.    Defendant(s): BUREAU of PRISONS, WARDEN, ET

2.    District and judicial division: NortherN District of TEXAS Fort Worth

3.    Name of judge: _____   Case #: 4:14-CV-1028-Y

4.    Approximate filing date: DECEMBER 2014

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

7.    Facts and claims of case: MentAlly ill INMAtE bit the tip of My fiNger off.

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes( )                    No( ✓ )

1.    Parties to previous action:
      a.    Plaintiff(s): _____

      b.    Defendant(s): _____

2.    District and judicial division: _____

3.    Name of judge: _____   Case Docket # _____

4.    Approximate filing date: _____   Dismissal date: _____

5.    Reason for dismissal: _____

6.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1.)  On 11-15-2016 I submitted three (3) grievance to My Assigned Correctional Counselor Mr. Harvey. On 11-22-16 He Mr. Harvey returned 2 of said grievance requesting that I rewrite them. I resubmitted said grievance. On 11-29-16 Counselor Harvey returned said grievance Again ordering they be rewritten. I immediately rewrote said grievance and resubmitted along with a 3rd grievance challenging My Administrative Detention. I also provided him a copy of a grievance he said he lost.

On December 7 and 14th 2016 I inquired As to said grievance and Mr. Harvey stated he did not have them. On 12-15-2016 I became aware than an employee had accessed My inmate computer and deleted a vast amount of legal case law I had researched and saved to print in Anticipation of My response from the 5th Circuit Court of Appeals in reply to My Application for a Certificate of Appealability

(2.)  On November 9, 2016, My Assigned Medical Provider P.A. Attempted to intimidate and coerce me into signing documentation refusing Surgery. When I refused to sign said documentation P.A. Rolston refused me Medical

5

treatment for a infected finger swollen twice the Normal size, very sore and hot. I was denied Medical treatment until 11-16-2016 one day after I initiated grievance proceedings. By this time my finger was oozing a yellowish/greenish pus and the fever had burned all the skin away down to the flesh. I was dehydrated and had a severe headache that I didn't realize was the result of the fever.

(3.) I am presently being held in Administrative Detention in the Tallahassee Special Housing Unit per a Southeast Regional Office Medical Hold. The Regional Medical Hold interrupted an institutional transfer which the Tallahassee Warden and her subordinates requested in retaliation for complaints I submitted both formal and informal regarding the misconduct of several correctional employees.

The Medical issue which forms the basis of the Medical hold existed prior to the request for transfer and was known to several supervisory officials who intentionally disregarded my Medical needs. Officials who abused their authority and discretion by taking advantage of an August 22, 2016 incident which I did not instigate nor was I the aggressor.

(4.) On 11-7-2016 I began requesting sick call Medical services and was told to write a cop-out to Medical which I did. On 11-8-2016 I again requested sick call from Health Services Administrator Mrs. Newell who specificly stated to me Rolston will see you on Wednesday. Under the direction of Health Services Mrs. Newell Special Housing Unit inmates are denied

Adequate Sickcall Medical Services And triage Services in accordance with Bureau of Prisons Policy And Procedure. I was Never triaged. My temperature was Never taken Nor My high blood pressure As inmates in general population are afforded.

(5.) As an inmate being housed in the Special Housing Unit I am deprived of the Same access to legal equipment Such as typewriters As inmates in general Population. From August to October 2016, I was forced to write out A 30 page Certificate of Appealability to the 5th Circuit Court of Appeals using a SHU Pen. This Caused me to have to forgo Several Arguments in order that I Meet the page limitation. I futher Suffered an ingrown Nail which Caused My finger to become infected and swell twice the Normal Size.

(4) When inmates in general population request sickcall they are allowed to fill out a form And are given triage Services that day.

(6) Bureau of Prisons transfer procedures are unconstitutionally vague and allow too much room for interpretation. The Same penological interest used to support My transfer could have been obtained transfering inmate Winn

(7) A Requested Bi Annual Check-up revealed Fibroids on My Uterus in June 2015. BOP Medical have Allowed My Condition to go untreated increasing in Size and Number. I was even Misinformed initially by being told it was A Cyst. Now the best Method of treatment is to completely remove My Uterus.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1.) My 1st Admendment Right to Exhaust Administrative Remedy Procedure. To be free from Retaliatory Acts

(2.) Violated my 5, 8 Amendment rights, to Medical Care And to be free from Cruel And Unusual Punishment.

(3.) Violated my 1st Amendment right to be free from Retaliatory Acts of Prison Officials, Subjected me to Cruel And Unusal Punishment 8th Amendment

(4.) My right to Medical Care And Equal Protection 5 And 6 Amendment

(5.) Violated My 5 And 6 Amendment Rights to Equal Protection And to Assistance In Accessing the Courts.

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

The relief I request is Nominal, Compensatory And Punitive Monetary Damages. ② Court find Unconstitutional And BOP Rule Regulation which would Condone Officials being Able to transfer me without providing Medical Care. 1000.00 Per day for Each day I am held in Administrative Detention from Each

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

13/20/2016
(Date)

Rhondolyn Rochelle Blevins
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the ___20___ day of __DECEMBER__ , 20_16_

Rhondolyn Rochelle Blevins
(Signature of Plaintiff)

Revised 03/07

7

SHONDOLYN R. BLEVINS #15329-035

## VI. Statement of Claims

(6) I ask this Court to please review transfer proceedings, and find them unconstitutionally vague and allow too much room for interpretation violates 2nd, 5th and 8th Constitutional Amendment Rights.

Assistant Warden Mrs. Coleman, Unit Manager Bryant, and Health Services Administrator Mrs. Newell and immediate Subordinates of the Warden who I specificly discussed my health concerns with.

Assistant Warden Coleman and Unit Manager Bryant, are immediate Subordinates of the Warden who also approved my transfer then used thier positions in the Administrative Remedy chain of command to prevent me from exhausting my administrative remedies.

(7) Violates 5th And 8th Amendment Right. Doe the 14th Amendment deliberate indifference standard apply to federal ??

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 7, 2016

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTHEAST REGIONAL OFFICE

TO  : SHONDOLYN ROCHELLE BLEVINS, 15329-035
      TALLAHASSEE FCI     UNT: A UNIT    QTR: Z02-123UDS
      501 CAPITAL CIRCLE, NE
      TALLAHASSEE,  FL 32301


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 881859-R1      REGIONAL APPEAL
DATE RECEIVED  : NOVEMBER 7, 2016
SUBJECT 1      : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF THE   DHO REPORT YOU
                 WISH TO APPEAL OR    IDENTIFY THE CHARGES AND DATE
                 OF THE DHO ACTION.

REJECT REASON 2: YOU MUST WAIT FOR THE DHO'S DECISION OF THE DHO HEARING
                 BEFORE YOU MAY APPEAL TO THE REGIONAL OFFICE.  RESUBMIT YOUR
                 APPEAL TO THIS OFFICE WITHIN 20 DAYS OF THE DATE YOU RECEIVE
                 THE DHO'S DECISION.

REJECT REASON 3: YOU DID NOT SUBMIT PROPER NUMBER OF CONTINUATION PAGES
                 WITH YOUR REQUEST/APPEAL.  2 - WARDEN'S LEVEL; 3 -
                 REGIONAL LEVEL; AND 4 - CENTRAL OFFICE LEVEL.  THE
                 NUMBER CITED INCLUDES YOUR ORIGINAL.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.



**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Blevins Shondolyn R__   __15329-035__   __SHU__   __Tallahassee__
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**   Incident Report # 2890735

Inmate Blevins Argues that the disciplinary rules As set forth in the BOP Program statement 5270.09 Are unconstitutional And often result in a loss of liberty, Without due process in volation of the 5th Amendment.

Blevins further Argues that the disciplinary rules And regulations Are unconstitutionally vague, Allow too much room for Staff interpretation



10-5 2016
DATE

_Shondolyn Rochelle Blevins_
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
NOV - 7 2016
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

_____            _____
DATE                                            REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE      CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____      _____      _____
USP LVN      DATE            Previous editions not usable      SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP–230(13)
APRIL 1982

often Allow inmates to be Sentenced in an Arbitrary Manner. Disciplinary rules and regulations are unconstitutionally ambiguous.

(A.) Inmate Blevins contends that the DHO officer was biased and found her guilty without sufficient evidence. Blevins contends that she was assaulted.

(B.) Inmate Blevins, contends that the DHO officer had a pre-set disposition which, deprives her of a fair hearing before an impartial hearing officer. This can be asserted from the fact that the DHO officer found Co-defendent inmate Winn guilty of fighting 2 weeks prior on 9-7-2016

(C.) Blevins contends that she was assaulted and should not be punished for trying to stop a **sharp** object from further puncturing her back. At what point was she allowed to try to remove herself from that situation Staff never make rounds.

(D.) Inmate Blevins contends that the incident report was greatly over exaggerated. There is no evidence to support the allegations that she scratched Winn all over the face and neck. That was an out right lie

(E.) And lastly inmates Blevins request the Regional Director take notice to the conduct of DHO OR and DHO Liaison C. Roberts

Blevins contends that her DHO hearing was maliciously prolonged on 9-15-2016, when OR and Roberts intentionally convened DHO during institutional census so that her witness could not attend. DHO OR does not know basic disciplinary rules and is not qualified for position as DHO officer

The relief I desire is incident report be expunged. All goodtime and priviledges restored.

Rhondolyn Blevins   10-5-2016

BP-A0288
AUG 11

**INCIDENT REPORT** *Copy*

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

---

### Part I – Incident Report

| | | | Incident Report Number | | |
|---|---|---|---|---|---|
| 1. Institution: FCI/FDC Tallahassee | | | | | |
| 2. Inmate's Name: Shondolyn Blevins | 3. Register Number: 15329-035 | | 4. Date of Incident: 08/21/2016 | | 5. Time: 7:30 a.m. |
| 6. Place of Incident: D unit North, cube D03-13 | 7. Assignment: FS AM SPEC | | 8. Unit: SHU (A) | | |
| 9. Incident: Fighting | | | 10. Prohibition Act Code (s): 201 | | |

**11. Description of Incident :** (Date: 08/31/2016 Time: 2:45 p.m. Staff became aware of incident)

Pursuant to an investigation that was completed on August 31, 2016 at 2:45 p.m., it has been determined that Inmate Shondolyn Blevins, 15329-035, has committed the prohibited act of Fighting.

Specifically, on August 21, 2016, at approximately 7:30 a.m. Inmate Dianne Winn, 27025-180, confronted Inmate Blevins in cube D03-013 about things Inmate Winn believed Inmate Blevins was saying. Specifically that Inmate Blevins was going to 'whoop' Inmate Winn. A heated verbal argument ensued, which included name calling, led to Inmate Blevins walking out of the cube and bumping in to Inmate Winn. More words were exchanged until Inmate Winn pushed Inmate Blevins back into the corner of the cube and striking her in the face. Inmate Blevins began to scratch Inmate Winn about the face and neck. Eventually, Inmate Blevins' finger came close to Inmate Winn's mouth and Inmate Winn bit the pad of Inmate Blevins' left pointer finger. This lasted until other inmates separated the two and the physical encounter ended.

Both Inmates were observed with injuries consistent with being in a physical altercation. The Medical Assessment for Inmate Blevins shows "Inmate has multiple superficial scratches to the posterior upper back. Inmate also has numerous superficial scratches to the right shoulder as well as 3 superficial scratches to the anterior neck/chin area. Inmate also has a cut to the second (pointer) finger on the left hand." The Medical Assessment for Inmate Winn was completed on August 23, 2016 and shows no injuries; However, Inmate Winn was photographed with scratches to her face and neck. This is consistent with the narrative that Inmate Blevins was scratching Inmate Winn about the face when Inmate Winn bit Inmate Blevins' finger.

| 12. Type Name/Signature of Reporting Employee: M. Harrell / SIS Tech | 13. Date and Time: 08/31/2016 @ 3:35 p.m. |
|---|---|
| 14. Incident Report Delivered to Above Inmate by (Type Name/Signature): M. WINNER | 15. Date Incident Report Delivered: 8/31/2016 | 16. Time Incident Report Delivered: 6:30 PM |

### Part II – Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident**

| 18. A. It is the finding of the committee that you: | B. The Committee is referring the Charge (s) to the DHO for Further Hearing. |
|---|---|
| ☐ Committed the Prohibited Act as charged. | |
| ☐ Did no Commit a Prohibited Act. | C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calender days. |
| ☐ Committed Prohibited Act Code (s): | |

**19. Committee Decision is Based on Specific Evidence as Follows:**

**20. Committee action and/or recommendation if referred to DHO (Contigent upon DHO finding inmate commited prohibted act):**

---

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.
DISTRIBUTE: ORIGINAL-Central File record, COPY-1-DHO, COPY-2-Inmate After UDC Action; COPY-3-Inmate within 24 hours of Part I Preparation.

WD

Prescribed by P5270

Replaces BP-S288.052 of MAY 94

```
TALDF          *        INMATE DISCIPLINE DATA         *     10-19-2016
PAGE 001        *     CHRONOLOGICAL DISCIPLINARY RECORD   *     16:23:45


REGISTER NO: 15329-035 NAME..: BLEVINS, SHONDOLYN ROCHELLE
FUNCTION...: PRT        FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 10-19-2016


------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2897384 - SANCTIONED INCIDENT DATE/TIME: 09-15-2016 1000
DHO HEARING DATE/TIME: 09-29-2016 0845          DHO REPT DEL: 10-17-2016 0800
FACL/CHAIRPERSON.....: TAL/D. ORR
REPORT REMARKS.......: INMATE DENIED CHARGE
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT    / 14 DAYS / CS
         COMP:010 LAW:P   MEET SENTENCE GUIDELINES
         DS         / 45 DAYS / CS
         COMP:    LAW:     IMPOSED AS PUNISHMENT
         FF NVGCT   / 5 DAYS / CS
         COMP:010 LAW:P
         LP PHONE   / 6 MONTHS / CS
         COMP:    LAW:     IMPOSED TO DEMONSTRATE THE SERIOUSNESS OF ACT
                           RESTORE 09-28-2017
    404  USING ABUSIVE/OBSCENE LANGUAGE - FREQ: 1
         LP COMM    / 6 MONTHS / CS
         COMP:    LAW:     IMPOSED TO DEMONSTRATE THE SERIOUSNESS OF ACT
                           RESTORE 03-28-2017
         LP VISIT   / 6 MONTHS / CS
         COMP:    LAW:
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2890735 - SANCTIONED INCIDENT DATE/TIME: 08-21-2016 0730
DHO HEARING DATE/TIME: 09-22-2016 0830          DHO REPT DEL: 09-27-2016 1450
FACL/CHAIRPERSON.....: TAL/D. ORR
REPORT REMARKS.......: INMATE DENIED THE CHARGE
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P   MEET SENTENCE GUIDELINES
         DS         / 20 DAYS / CS
         COMP:    LAW:     IMPOSED AS PUNISHMENT
         LP PHONE   / 6 MONTHS / CS
         COMP:    LAW:     IMPOSED TO DEMONSTRATE THE SERIOUSNESS OF ACT
                           RESTORE 03-21-2017
------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2792972 - SANCTIONED INCIDENT DATE/TIME: 12-08-2015 1538
DHO HEARING DATE/TIME: 01-13-2016 1030          DHO REPT DEL: 01-20-2016 1000
FACL/CHAIRPERSON.....: ALI/D. MOSLEY
APPEAL CASE NUMBER(S): 850801
REPORT REMARKS.......: I ADMIT TO FIGHTING
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 90 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:     SUSPENDED FOR 180 DAYS, PENDING CLEAR CONDUCT.



G0002        MORE PAGES TO FOLLOW . . .
```

# Inmate Statement

PRINT

| Inmate Reg #: | 15329035 | Current Institution: | Tallahassee FCI |
|---|---|---|---|
| Inmate Name: | BLEVINS, SHONDOLYN | Housing Unit: | TAL-Z-A |
| Report Date: | 11/29/2016 | Living Quarters: | Z02-124UDS |
| Report Time: | 1:50:01 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | 10/20/2016 7:27:50 AM | 1 | | | Sales | ($0.40) | | $0.13 |
| TAL | 10/3/2016 7:55:46 AM | 5 | | | Sales | ($9.47) | | $0.53 |
| TAL | 10/1/2016 12:10:56 AM | NWASD005 - 2221 | | | Debt Encumbrance - Released | | $8.00 | -------- |
| TAL | 10/1/2016 12:10:56 AM | NWASD005 - 2237 | | | Debt Encumbrance - Released | | $1.96 | -------- |
| TAL | 10/1/2016 12:10:56 AM | NWASD005 | 1 | | PLRA Payment | ($5.58) | | $10.00 |
| TAL | 9/26/2016 3:31:20 PM | 222 | | | Sales | ($6.98) | | $15.58 |
| TAL | 9/22/2016 12:53:08 PM | TL0922 | | | TRUL Withdrawal | $5.05 | | $22.56 |
| TAL | 9/17/2016 8:15:59 PM | TFN0917 | | | Phone Withdrawal | ($1.00) | | $17.51 |
| TAL | 9/17/2016 8:15:10 PM | TFN0917 | | | Phone Withdrawal | $3.00 | | $18.51 |
| TAL | 9/15/2016 10:35:41 AM | TFN0915 | | | Phone Withdrawal | ($3.00) | | $15.51 |
| TAL | 9/12/2016 3:04:14 PM | 110 | | | Sales | ($38.15) | | $18.51 |
| TAL | 9/11/2016 4:58:33 PM | TFN0911 | | | Phone Withdrawal | $4.00 | | $56.66 |
| TAL | 9/9/2016 6:20:41 PM | TFN0909 | | | Phone Withdrawal | ($2.00) | | $52.66 |
| TAL | 9/9/2016 11:36:12 AM | RFRP0916 | | | FRP Quarterly Pymt | ($25.00) | | $54.66 |
| TAL | 9/9/2016 11:35:05 AM | RIPP0816 | | | Payroll - IPP | $46.69 | | $79.66 |
| TAL | 9/9/2016 11:35:05 AM | NWASD005 - 2237 | | | Debt Encumbrance | | ($1.96) | -------- |
| TAL | 9/8/2016 7:01:36 PM | TL0908 | | | TRUL Withdrawal | ($5.00) | | $32.97 |
| TAL | 9/7/2016 7:55:32 PM | TFN0907 | | | Phone Withdrawal | ($2.00) | | $37.97 |
| TAL | 9/7/2016 1:41:42 PM | 102 | | | Sales | ($10.02) | | $39.97 |
| TAL | 9/7/2016 12:05:24 PM | 33316251 | | | Western Union | $40.00 | | $49.99 |
| TAL | 9/7/2016 12:05:24 PM | NWASD005 - 2221 | | | Debt Encumbrance | | ($8.00) | -------- |
| TAL | 9/1/2016 12:10:30 AM | NWASD005 - 2018 | | | Debt Encumbrance - Released | | $9.96 | -------- |
| TAL | 8/18/2016 11:40:58 AM | 86 | | | Sales | ($3.35) | | $9.99 |
| TAL | 8/18/2016 11:06:10 AM | TFN0818 | | | Phone Withdrawal | $0.59 | | $13.34 |
| TAL | 8/17/2016 10:39:38 AM | TFN0817 | | | Phone Withdrawal | ($1.00) | | $12.75 |
| TAL | 8/11/2016 10:36:12 AM | TL0811 | | | TRUL Withdrawal | ($2.00) | | $13.75 |
| TAL | 8/11/2016 8:07:01 AM | 5 | | | Sales | ($40.60) | | $15.75 |
| TAL | 8/5/2016 4:32:43 PM | TL0805 | | | TRUL Withdrawal | ($5.00) | | $56.35 |
| TAL | 8/5/2016 2:26:57 PM | RIPP0716 | | | Payroll - IPP | $60.90 | | $61.35 |
| TAL | 8/5/2016 2:26:57 PM | NWASD005 - 2018 | | | Debt Encumbrance | | ($9.96) | -------- |
| TAL | 8/4/2016 11:44:16 AM | 28 | | | Sales | ($16.55) | | $0.45 |
| TAL | | TL0802 | | | TRUL Withdrawal | $15.00 | | $17.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8/2/2016 7:52:45 PM | | | | | | |
| TAL | 8/1/2016 10:33:22 AM | TL0801 | | TRUL Withdrawal | ($15.00) | | $2.00 |
| TAL | 8/1/2016 10:22:14 AM | TL0801 | | TRUL Withdrawal | $7.00 | | $17.00 |
| TAL | 8/1/2016 12:10:37 AM | NWASD005 - 1941 | | Debt Encumbrance - Released | | $13.36 | -------- |
| TAL | 8/1/2016 12:10:37 AM | NWASD005 - 1809 | | Debt Encumbrance - Released | | $10.00 | -------- |
| TAL | 8/1/2016 12:10:37 AM | NWASD005 - 1759 | | Debt Encumbrance - Released | | $9.51 | -------- |
| TAL | 8/1/2016 12:10:37 AM | NWASD005    871 | | PLRA Payment | ($22.91) | | $10.00 |
| TAL | 7/29/2016 2:17:37 PM | TFN0729 | | Phone Withdrawal | ($2.00) | | $32.91 |
| TAL | 7/28/2016 7:09:19 PM | TL0728 | | TRUL Withdrawal | $0.50 | | $34.91 |
| TAL | 7/28/2016 7:02:21 PM | TFN0728 | | Phone Withdrawal | ($1.00) | | $34.41 |
| TAL | 7/28/2016 5:29:40 PM | TL0728 | | TRUL Withdrawal | ($2.00) | | $35.41 |
| TAL | 7/28/2016 2:41:41 PM | TL0728 | | TRUL Withdrawal | ($5.00) | | $37.41 |
| TAL | 7/28/2016 1:38:51 PM | 82 | | Sales | ($74.95) | | $42.41 |
| TAL | 7/28/2016 12:08:07 PM | TL0728 | | TRUL Withdrawal | $2.75 | | $117.36 |
| TAL | 7/27/2016 10:45:24 AM | TL0727 | | TRUL Withdrawal | ($5.00) | | $114.61 |
| TAL | 7/26/2016 9:05:50 PM | 33316208 | | Western Union | $100.00 | | $119.61 |
| TAL | 7/26/2016 9:05:50 PM | NWASD005 - 1941 | | Debt Encumbrance | | ($13.36) | -------- |
| TAL | 7/21/2016 7:15:45 AM | 23 | | Sales | ($4.45) | | $19.61 |
| TAL | 7/14/2016 7:27:02 AM | 19 | | Sales | ($71.75) | | $24.06 |

1 2 3 4

**Total Transactions: 166**

| | | |
|---|---|---|
| **Totals:** | $0.13 | $0.00 |

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.13 |
| **Totals:** | $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.13 |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $469.81 | $530.22 | $16.80 | $0.13 | $0.13 | N/A | N/A |

# Inmate Statement

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 15329035 | **Current Institution:** | Tallahassee FCI |
| **Inmate Name:** | BLEVINS, SHONDOLYN | **Housing Unit:** | TAL-Z-A |
| **Report Date:** | 11/29/2016 | **Living Quarters:** | Z02-124UDS |
| **Report Time:** | 1:51:13 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | 7/14/2016 6:14:52 AM | TL0714 | | | TRUL Withdrawal | $0.25 | | $95.81 |
| TAL | 7/12/2016 6:46:41 PM | TL0712 | | | TRUL Withdrawal | $1.00 | | $95.56 |
| TAL | 7/12/2016 5:22:43 PM | TL0712 | | | TRUL Withdrawal | ($2.00) | | $94.56 |
| TAL | 7/12/2016 5:05:39 PM | 33316194 | | | Western Union | $50.00 | | $96.56 |
| TAL | 7/12/2016 5:05:39 PM | NWASD005 - 1809 | | | Debt Encumbrance | | ($10.00) | -------- |
| TAL | 7/8/2016 6:18:59 PM | TFN0708 | | | Phone Withdrawal | ($1.00) | | $46.56 |
| TAL | 7/8/2016 1:57:59 PM | RIPP0616 | | | Payroll - IPP | $47.56 | | $47.56 |
| TAL | 7/8/2016 1:57:59 PM | NWASD005 - 1759 | | | Debt Encumbrance | | ($9.51) | -------- |
| TAL | 7/7/2016 12:48:24 PM | TFN0707 | | | Phone Withdrawal | ($1.00) | | $0.00 |
| TAL | 7/5/2016 8:07:33 PM | TFN0705 | | | Phone Withdrawal | ($1.00) | | $1.00 |
| TAL | 7/2/2016 8:28:34 PM | TL0702 | | | TRUL Withdrawal | ($2.00) | | $2.00 |
| TAL | 7/1/2016 2:04:54 PM | TFN0701 | | | Phone Withdrawal | ($1.00) | | $4.00 |
| TAL | 7/1/2016 11:49:26 AM | TL0701 | | | TRUL Withdrawal | ($5.00) | | $5.00 |
| TAL | 7/1/2016 12:10:51 AM | NWASD005 - 1567 | | | Debt Encumbrance - Released | | $8.93 | -------- |
| TAL | 7/1/2016 12:10:51 AM | NWASD005 - 1505 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| TAL | 7/1/2016 12:10:51 AM | NWASD005 | 768 | | PLRA Payment | ($5.25) | | $10.00 |
| TAL | 6/21/2016 4:46:49 PM | TL0621 | | | TRUL Withdrawal | $0.10 | | $15.25 |
| TAL | 6/16/2016 7:39:03 AM | 39 | | | Sales | ($9.55) | | $15.15 |
| TAL | 6/10/2016 6:14:24 PM | TFN0610 | | | Phone Withdrawal | ($1.00) | | $24.70 |
| TAL | 6/10/2016 8:42:42 AM | RFRP0616 | | | FRP Quarterly Pymt | ($25.00) | | $25.70 |
| TAL | 6/10/2016 8:42:03 AM | RIPP0516 | | | Payroll - IPP | $44.66 | | $50.70 |
| TAL | 6/10/2016 8:42:03 AM | NWASD005 - 1567 | | | Debt Encumbrance | | ($8.93) | -------- |
| TAL | 6/8/2016 2:34:17 PM | TFN0608 | | | Phone Withdrawal | ($1.00) | | $6.04 |
| TAL | 6/8/2016 2:14:26 PM | TL0608 | | | TRUL Withdrawal | $0.20 | | $7.04 |
| TAL | 6/8/2016 1:39:47 PM | 47 | | | Sales | ($24.96) | | $6.84 |
| TAL | 6/4/2016 6:28:13 PM | TL0604 | | | TRUL Withdrawal | $2.00 | | $31.80 |
| TAL | 6/2/2016 9:55:31 PM | TL0602 | | | TRUL Withdrawal | ($2.00) | | $29.80 |
| TAL | 6/2/2016 9:05:24 PM | 33316154 | | | Western Union | $30.00 | | $31.80 |
| TAL | 6/2/2016 9:05:24 PM | NWASD005 - 1505 | | | Debt Encumbrance | | ($6.00) | -------- |
| TAL | 6/1/2016 1:37:22 PM | 104 | | | Sales | ($4.40) | | $1.80 |
| TAL | 6/1/2016 1:32:35 PM | 102 | | | Sales | ($90.80) | | $6.20 |
| TAL | | TL0601 | | | TRUL Withdrawal | $87.00 | | $97.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 6/1/2016 8:42:49 AM | | | | | |
| TAL | 6/1/2016 12:10:53 AM | NWASD005 - 1348 | Debt Encumbrance - Released | | $30.00 | -------- |
| TAL | 6/1/2016 12:10:53 AM | NWASD005 - 1474 | Debt Encumbrance - Released | | $12.00 | -------- |
| TAL | 6/1/2016 12:10:53 AM | NWASD005 - 1480 | Debt Encumbrance - Released | | $10.00 | -------- |
| TAL | 6/1/2016 12:10:53 AM | NWASD005 - 1381 | Debt Encumbrance - Released | | $10.00 | -------- |
| TAL | 6/1/2016 12:10:53 AM | NWASD005 - 1301 | Debt Encumbrance - Released | | $8.52 | -------- |
| TAL | 6/1/2016 12:10:53 AM | NWASD005   661 | PLRA Payment | ($60.54) | | $10.00 |
| TAL | 5/29/2016 12:05:24 PM | TL0529 | TRUL Withdrawal | ($10.00) | | $70.54 |
| TAL | 5/29/2016 7:02:28 AM | TL0529 | TRUL Withdrawal | ($30.00) | | $80.54 |
| TAL | 5/29/2016 5:23:35 AM | 70109602 | Lockbox - CD | $50.00 | | $110.54 |
| TAL | 5/29/2016 5:23:35 AM | NWASD005 - 1480 | Debt Encumbrance | | ($10.00) | -------- |
| TAL | 5/28/2016 10:22:39 PM | TL0528 | TRUL Withdrawal | ($2.00) | | $60.54 |
| TAL | 5/28/2016 6:13:06 PM | TL0528 | TRUL Withdrawal | $0.25 | | $62.54 |
| TAL | 5/28/2016 1:11:17 PM | TL0528 | TRUL Withdrawal | ($15.00) | | $62.29 |
| TAL | 5/28/2016 10:33:02 AM | TFN0528 | Phone Withdrawal | ($1.00) | | $77.29 |
| TAL | 5/28/2016 10:31:43 AM | TL0528 | TRUL Withdrawal | ($30.00) | | $78.29 |
| TAL | 5/28/2016 12:10:26 AM | RICD0516 - 1450 | Debt Encumbrance - Released | | $1.77 | -------- |
| TAL | 5/28/2016 12:10:26 AM | RICD0516 - 1475 | Debt Encumbrance - Released | | $0.23 | -------- |
| TAL | 5/28/2016 12:10:26 AM | RICD0516 | Inmate Co-pay | ($2.00) | | $108.29 |

1 2 3 4

**Total Transactions: 166**

| | Totals: | $0.13 | $0.00 |
|---|---|---|---|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.13 |
| **Totals:** | **$0.13** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.13** |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

.InmateStatementCombined

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 15329035 | Current Institution: | Tallahassee FCI |
| Inmate Name: | BLEVINS, SHONDOLYN | Housing Unit: | TAL-Z-A |
| Report Date: | 11/29/2016 | Living Quarters: | Z02-124UDS |
| Report Time: | 1:51:53 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | 5/27/2016 4:05:50 PM | 33316148 | | | Western Union | $60.00 | | $110.29 |
| TAL | 5/27/2016 4:05:50 PM | RICD0516 - 1475 | | | Debt Encumbrance | | ($0.23) | -------- |
| TAL | 5/27/2016 4:05:50 PM | NWASD005 - 1474 | | | Debt Encumbrance | | ($12.00) | -------- |
| TAL | 5/24/2016 7:50:12 PM | RICD0516 - 1450 | | | Debt Encumbrance | | ($1.77) | -------- |
| TAL | 5/19/2016 4:44:23 PM | TL0519 | | | TRUL Withdrawal | ($2.00) | | $50.29 |
| TAL | 5/18/2016 6:23:30 PM | TFN0518 | | | Phone Withdrawal | ($1.00) | | $52.29 |
| TAL | 5/18/2016 11:11:04 AM | 24 | | | Sales | ($27.59) | | $53.29 |
| TAL | 5/17/2016 8:41:51 PM | TL0517 | | | TRUL Withdrawal | $0.35 | | $80.88 |
| TAL | 5/17/2016 11:44:46 AM | TFN0517 | | | Phone Withdrawal | ($1.00) | | $80.53 |
| TAL | 5/16/2016 3:42:27 PM | TL0516 | | | TRUL Withdrawal | $8.00 | | $81.53 |
| TAL | 5/16/2016 3:35:18 PM | TL0516 | | | TRUL Withdrawal | ($15.00) | | $73.53 |
| TAL | 5/16/2016 3:06:49 PM | 33316137 | | | Western Union | $50.00 | | $88.53 |
| TAL | 5/16/2016 3:06:49 PM | NWASD005 - 1381 | | | Debt Encumbrance | | ($10.00) | -------- |
| TAL | 5/14/2016 4:42:17 PM | TFN0514 | | | Phone Withdrawal | ($1.00) | | $38.53 |
| TAL | 5/14/2016 4:40:29 PM | TL0514 | | | TRUL Withdrawal | $0.75 | | $39.53 |
| TAL | 5/11/2016 1:38:29 PM | 114 | | | Sales | ($1.00) | | $38.78 |
| TAL | 5/11/2016 1:38:01 PM | 113 | | | Sales | $0.90 | | $39.78 |
| TAL | 5/11/2016 7:37:26 AM | 32 | | | Sales | ($150.20) | | $38.88 |
| TAL | 5/10/2016 12:31:54 PM | TFN0510 | | | Phone Withdrawal | ($2.00) | | $189.08 |
| TAL | 5/10/2016 10:06:35 AM | 33316131 | | | Western Union | $150.00 | | $191.08 |
| TAL | 5/10/2016 10:06:35 AM | NWASD005 - 1348 | | | Debt Encumbrance | | ($30.00) | -------- |
| TAL | 5/9/2016 10:31:25 PM | TL0509 | | | TRUL Withdrawal | $0.30 | | $41.08 |
| TAL | 5/7/2016 1:40:03 PM | TFN0507 | | | Phone Withdrawal | ($1.00) | | $40.78 |
| TAL | 5/6/2016 10:28:47 PM | TL0506 | | | TRUL Withdrawal | $1.00 | | $41.78 |
| TAL | 5/6/2016 10:27:47 PM | TL0506 | | | TRUL Withdrawal | ($2.00) | | $40.78 |
| TAL | 5/6/2016 12:54:35 PM | RIPP0416 | | | Payroll - IPP | $42.63 | | $42.78 |
| TAL | 5/6/2016 12:54:35 PM | NWASD005 - 1301 | | | Debt Encumbrance | | ($8.52) | -------- |
| TAL | 5/4/2016 11:49:26 AM | 74 | | | Sales | ($9.85) | | $0.15 |
| TAL | 5/1/2016 12:10:55 AM | NWASD005 - 1029 | | | Debt Encumbrance - Released | | $10.00 | -------- |
| TAL | 5/1/2016 12:10:55 AM | NWASD005 - 1130 | | | Debt Encumbrance - Released | | $7.00 | -------- |
| TAL | 5/1/2016 12:10:55 AM | NWASD005 | 540 | | PLRA Payment | ($7.02) | | $10.00 |
| TAL | | 99 | | | Sales | ($55.10) | | $17.02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4/20/2016 1:41:47 PM | | | | | | |
| TAL | 4/17/2016 6:46:08 AM | TL0417 | TRUL Withdrawal | $1.00 | | | $72.12 |
| TAL | 4/16/2016 5:58:53 PM | TL0416 | TRUL Withdrawal | ($2.00) | | | $71.12 |
| TAL | 4/15/2016 3:07:16 PM | 33316106 | Western Union | $35.00 | | | $73.12 |
| TAL | 4/15/2016 3:07:16 PM | NWASD005 - 1130 | Debt Encumbrance | | ($7.00) | | -------- |
| TAL | 4/13/2016 8:44:32 AM | 45 | Sales | ($97.30) | | | $38.12 |
| TAL | 4/8/2016 9:02:17 AM | RFRP0416 | FRP Single Pymt | ($25.00) | | | $135.42 |
| TAL | 4/7/2016 5:12:52 PM | TFN0407 | Phone Withdrawal | ($1.00) | | | $160.42 |
| TAL | 4/6/2016 8:25:44 AM | 42 | Sales | ($3.85) | | | $161.42 |
| TAL | 4/4/2016 4:09:10 PM | 33316095 | Western Union | $50.00 | | | $165.27 |
| TAL | 4/4/2016 4:09:10 PM | NWASD005 - 1029 | Debt Encumbrance | | ($10.00) | | -------- |
| TAL | 4/1/2016 12:10:42 AM | NWASD005 - 969 | Debt Encumbrance - Released | | $16.00 | | -------- |
| TAL | 4/1/2016 12:10:42 AM | NWASD005    427 | PLRA Payment | ($16.00) | | | $115.27 |
| TAL | 3/28/2016 12:00:02 PM | 30 | Sales | ($1.95) | | | $131.27 |
| TAL | 3/28/2016 9:10:44 AM | 25 | Sales | ($6.50) | | | $133.22 |
| TAL | 3/28/2016 9:10:23 AM | 24 | Sales | ($9.80) | | | $139.72 |
| TAL | 3/28/2016 9:09:44 AM | 23 | Sales | ($18.20) | | | $149.52 |
| TAL | 3/28/2016 8:26:33 AM | 5 | Sales | $0.00 | | | $167.72 |
| TAL | 3/26/2016 12:03:34 PM | TFN0326 | Phone Withdrawal | ($2.00) | | | $167.72 |

1 2 3 4

**Total Transactions: 166**

| | Totals: | $0.13 | $0.00 |
|---|---|---|---|

---

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.13 |
| Totals: | $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.13 |

---

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

501 Capital Circle N.E
Tallahassee, Florida
32301

United States District Court
Northern District of Florida
Office of The Clerk
111 North Adams Street Suite 322
Tallahassee, Florida
32301-7730

